**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MICHELLE LABRA,                               )
                                             )
    Plaintiff,                               )
                                             )
v.                                           )    Case No.:
                                             )
UNITED STATES OF AMERICA,                     )
                                             )
    Defendant.                               )

## COMPLAINT

NOW COMES the Plaintiff, MICHELLE LABRA, by and through her attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., brings this action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671, against the Defendant, UNITED STATES OF AMERICA and alleges as follows:

## NATURE OF THE ACTION

1.    This action arises due to a slip and fall on water from a leaking sink at the Metropolitan Correction Center in Chicago, Illinois.

## PARTIES

2.    Plaintiff, MICHELLE LABRA, is a resident of the State of Iowa, with her permanent residence in Harper, Iowa, where she intends to remain indefinitely.

3.    Defendant, UNITED STATES OF AMERICA, oversees the Federal Bureau of Prisons which is an agency of the United States of America, Department of Justice, and is a proper party pursuant to 28 U.S.C. § 1346(b).

## JURISDICTION AND VENUE

4.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the Plaintiff's claim arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq., and jurisdiction is provided in 28 U.S.C. § 1346(b)(1).

5.     Venue is proper due to the acts and/or omissions having occurred within the district.

## FACTS

6.     At all times pertinent hereto, The UNITED STATES OF AMERICA, thru its agency the Department of Justice, Federal Bureau of Prisons, operated prisons and correctional institutions throughout the United States.

7.     At all times pertinent hereto, the UNITED STATES OF AMERICA operated and controlled the Metropolitan Correctional Center, located in Chicago, Illinois.

8.     On and prior to March 29, 2021, Plaintiff MICHELLE LABRA was an incarcerated inmate of the UNITED STATES OF AMERICA, at the Metropolitan Correctional Center facility located in Chicago, Illinois.

9.     On and prior to March 29, 2021, Plaintiff MICHELLE LABRA was moved into cell 1227 in preparation to be transferred to the Pekin Federal Prison Camp in Pekin, Illinois.

10.     On and prior to March 29, 2021, another inmate in cell 1227 informed Plaintiff MICHELLE LABRA that there was a leak from the sink.

11.     On and prior to March 29, 2021, Plaintiff MICHELLE LABRA called over and informed Correctional Officer Zavala of the leaking sink, who then sent Plaintiff to counselor Russel, who was also informed of the leaking sink.

12. On or about March 29, 2021, Plaintiff MICHELLE LABRA, while picking up towels that she had on the floor due to the leaking sink, slipped on the water on the floor, where she then proceeded to hit her leg on the steel toilet.

**GENERAL ALLEGATIONS UNDER FEDERAL TORT CLAIMS ACT**

13. Plaintiff MICHELLE LABRA incorporates all previous allegations contained in paragraphs 1 through 12 as stated herein.

14. At all times pertinent to this complaint, Defendant UNITED STATES OF AMERICA owed Plaintiff MICHELLE LABRA a duty to maintain the premises and equipment, including the sink.

15. Defendant, UNITED STATES OF AMERICA, by and through its agents and/or employees, had actual notice of the leaking sink.

16. At all times pertinent, the Defendant UNITED STATES OF AMERICA, by and through its agents and/or employees, owed a duty of reasonable care to the Plaintiff.

17. Defendant UNITED STATES OF AMERICA thru its employees or agents breached this duty in the following ways:

a. Allowed and permitted the sink to become and remain in a dangerous and unsafe condition;

b. Failed to maintain the sink which leaked causing an unsafe condition to be present on the floor of the cell;

c. Failed to inspect the sink to ensure that it was in a safe and proper working order;

d. Failed to repair the leaking sink despite being aware of the leak and the danger that it posed to those within the cells, including the Plaintiff;

e. Failed to remove the Plaintiff to a different location;

f. Was otherwise careless and/or negligent.

18. As a direct and proximate result of one or more of the above negligent acts and/or omissions of the Defendant, UNITED STATES OF AMERICA, Plaintiff, MICHELLE LABRA suffered injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff MICHELLE LABRA prays for judgment against the Defendant, UNITED STATES OF AMERICA, under the Federal Tort Claims Act in the amount greater than $75,000.00, plus court costs and all other relief this Honorable Court deems just and equitable.

Respectfully submitted,
MICHELLE LABRA

By: _____
Rogelio Garcia, Esq.
*Attorney for Plaintiff*

McCready, Garcia & Leet, P.C.
200 W. Madison Street, Ste 2400
Chicago, Illinois 60606
t: (773) 779-9885
f: (773) 373-2375
service@McCreadyLaw.com